E-FILED
Friday, 24 March, 2023 02:55:14 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

MAR 2 4 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

George E Love )
)
)
Plaintiff )
)
)
vs. )
)
Peoria County Jail )
Sargent Nelson, LTN. Hoffman C. )
C.O. micheal, Diana Head )
of medical Administration, )
LTN Acs Johnson )
_____ )
_____ )
_____ )
Defendant(s) )

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☑ Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

  
# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: George Edward Love

Prison Identification Number: 2104956

Current address: Peoria County Jail 301 N Maxwell Rd

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Johnson

Current Job Title: ACS / LTN

Current Work Address: Peoria County Jail 301 N Maxwell

Defendant #2:

Full Name: Hoffman.C

Current Job Title: LTN

Current Work Address: Peoria County Jail 301 N. Maxwell

Defendant #3:

Full Name: C.O. Micheal

2

Current Job Title: Officer

Current Work Address Peoria County Jail 301 maxwell Rd

Defendant #4:

Full Name: Diana

Current Job Title: Head of administration

Current Work Address Peoria County Jail 301.N Maxwell Rd

Peoria IL, 61604

Defendant #5:

Full Name: Nelson

Current Job Title: Sargent

Current Work Address Peoria county Jail 301 N. Maxwell

Rd. Peoria IL, 61604

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐               No ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐           No ☑   I havn't been in court yet if im replying correctly me myself as in body have not been inside of a court room for none of my law suits.

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

    1. Name of Case, Court and Docket Number

    _____

    2. Basic claim made _____

    3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☑ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☑ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Pod F-3 / Cell F-5 Sagragation_

Date(s) of the occurrence _1/4/23  1/11/23_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I had just did thirty days in sagragation with no cleaning supplys I asked C.O. Micheal when I wokeup at breakfast time which was 7:30am I asked him where was I being moved he says its up to L.TN. Hoffman I said I hope its somewhere decent because im sueing L.TN. Hoffman and I know he doesnt like me well when he comes back he says there sayin Pod G-2 what do u know G-2 is Administrative Sagragation unite was a servelly mentally ill pod I been on 23/1 there for a straight year one month behind a door I said you are moving me from one sagragation to another sagragation doesnt make since c.o micheal leaves comes back with Sargent Nelson they say George we are trying to get u on Ch.3 upfront L.TN. Hoffman and L.TN. will are in charge of u getting moved today they come back again Miss Sargent nelson and C.O. Micheal said that there not budging they wont put u no where eke but G-2 which is administrative sagragation then C.O. Micheal says he's writing me tickets because I said I might as well stay where im at atleast my door has a chuck hole where I can get some air why would I move to one sagragation to go to another one and I have keep enemys over there enemies I believe this was done out of spite and cruelty and hate and do to my law suits against L.TN. Hoffman why would he have a say to where im moved knowing history we have isn't good and Acs Johnson is the person to move me well place me I want what im entilted to is all I keep getting my civil rights violated whether if its I caught the ticket the day this happen 01/4/23.

I was not given my medication today which is Jan 11th 2023 it's now 2:30pm I was not given my medication I alerted C.O. Anderson, mental Health miss Bernice young this happen on at 7:30am 1st shift while LTN. Hoffman was present on his shift it seems malicous to me once again we are always bumping heads when its something to do with me something im entilte'd too I dont get it and it happens on his shift and also with medical I believe this has something to do with me seeing them well Peoria County Jail Period I also have wrote multiple grievences and general request medical grievences also I am being ignored not just on the kiosk when I have spoken to them in person aswell this treatment has went and been going on since my law suits against peoria county Jail in general. Just being hung from a wall or uhuman confinement excessive restraints being given someone elses medication when does it stop. I write my grievences correctly they close them or find a way around those everything I have wrote up is the down right truth. I am also being placed in shakles on my feet and federal handcuffs when I just had them off for a whole month I been in these restraints for over a year both times I were asigned to shakles restraints they were by LTN. Hoffman orders when im not combative at all cameras dont lie. Head of Adminastration of medical Diana will not cooperate with me getting her full name I also have wrote her up in grievances they are charging me back to back charges for when I was treated for scabbies multiple times and being hung from a wall on multiple oceassions. She states she wasnt working here at the time but the fact of the matter is she took former Prateicia Eddlemons position which is Head of adminastration of medical so u are the only one to fix this issue she ignores wont respond to nothing I write on the kiosk or grievance or to medical in general I have asked to go over her head I have the account sheet to prove im owed I will be sending it to u guys I been asking for my money to be replaced every since last october I have been told by miss Diana Head of adminastratio im not getting my funds back.

These are the two case numbers about the black mold in our vents and me trying to get something done about it one of the case numbers im sending they responded and told me the give me cleaning supplys clean the black mold myself which we dont have the equipment to clean fecies and black mold here are the case numbers off the kiosk I wrote to them and there response #310997 date 2/22/23 #309778 2/12/23

George Lee                    3/20/23

Miss Sargent Nelson has continually violated me as a human being in person and in her messages over kiosk about messages that were not even pertaining to but she continued to answer questions that didn't ask for her assistance about my civil Rights being violated have and what im being fed on numerous ocassions on 3/15/23 Soten I wrote on the Kiosk case # 315320 at 7:13am and 12:08pm everytime Miss sargent speak to me on the kiosk she yells in all caps in her letters these are the case numbers # 312906 3/12/2023 case # 314906 3/11/2023 And since she has told she will not answer or respond to none of my messages on the kiosk General and grievances request including medical every one is ignoring me I have went threw all the proper channel with my messages including appeals. Also Miss Sargent Nelson has also said to me directly infront of my fellow inmates im a pain in her ass also my cell mate which is Desmond Turner she has also threatened to put me back on G-2 which is or was a Serverly mentally ill Pod which is 23/1hrs in your cell also is slash Administration Sagragation I was in there for a year in two months due to me having law suits on LTNS, and CO.S Sargent Nelson said out her own mouth I wasnt back there because I was serverly mentally ill it was maliciously due to the first altercation and law suit I have on Miss Britany Vanfleet and LTN. Hoffman this type of behavior hasnt stopped since I have been writing law suits about my civil Rights being violated. Also now as I write this I spoke to Acs Johnson about the black mold in our vents our toilets he says they cant do nothin about it and also when I wrote it up I was told for me to clean it myself its also on the kiosk, they do not have the cleaning supplys or equipment to clean black mold and caked up fecies in my toilet before I came on this pic and still in my cell.

RELIEF REQUESTED

(State what relief you want from the court.)

This is a continueing problem with medical me not getting my
medication properly or on time or not getting it all being chemically
embalance and amongst me not getting proper paper work or inhalers
im needing to the black mold problem and a powder green substance
coming out the sink I be enduring these issues a year and two
months 4 million. Also due to me believing its being done maliciously.
No one answering my grievance due to these problems I have
wrote up and spoke of about the black mold problems here
in the toilets and vents in Peoria county Jail.

JURY DEMAND        Yes ☑        No ☐

Signed this ___3___ day of ___20___, 20 _23_.

_George Love_

( Signature of Plaintiff)

| Name of Plaintiff: George E Love | Inmate Identification Number: 2104956 |
|---|---|
| Address: Peoria County Jail 301 N.Maxwell Rd | Telephone Number: |



LAW

George E Loe
Peoria county Jail
301. N Maxwell Rd
Peoria IL, 61604
Pod ch-3
door ch-3

United states district court
central district of Illinois
Office of the clerk
Room 305
Federal Building
100 N.E. Monroe
Peoria IL 61602

OFFICIAL BUSINESS

LAW

LAW