Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **GEORGE E. LOVE,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 23-1117 |
| **PEORIA COUNTY JAIL, BRIAN JOHNSON, CHRISTOPHER HOFMANN, ALEC MICHAEL, DIANE POWERS, and KELLY NELSON,** | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff George E. Love's action against Defendant Peoria County Jail was dismissed on 5/1/2023, and the action against Defendants Brian Johnson, Christopher Hofmann, Alec Michael, Diane Powers, and Kelly Nelson was dismissed on 10/30/2023. Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated:   10/30/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court